IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SLEP-TONE ENTERTAINMENT CORP.,

    Plaintiff,

vs.                                 CASE NO. 5:11-cv-32/RS-CJK

FAYE JOHNSON, et al.,

    Defendants.
_____/

## ORDER

Plaintiff's Motion to Stay (Doc. 52) is **DENIED**.

**ORDERED** on July 8, 2011.

                                          /S/ Richard Smoak
                                          **RICHARD SMOAK**
                                          **UNITED STATES DISTRICT JUDGE**