IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SLEP-TONE ENTERTAINMENT CORP.,

    Plaintiffs,

vs.                                       CASE NO. 5:11-cv-32/RS-EMT

FAYE JOHNSON, et al.,

    Defendants.
_____/

## ORDER

Pursuant to Fed. R. Civ. P. 12(f), the court, on its own initiative, strikes as immaterial all references in the Complaint (*See* consolidated case 1:10-cv-207) to John Doe No. 1, John Doe No. 2, John Doe No. 3, John Doe No. 4, and Jane Doe No. 5 as fictitious defendants. Federal Rules of Civil Procedure and federal statutes do not provide for the use of fictitious names of unknown parties in actions filed in United States District Courts. Allegations against fictitious parties fail to show the requisite case or controversy for jurisdiction in this court. *See, e.g., New v. Sports & Rec.*, 114 F.3d 1092, 1094 n.1 (11th Cir. 1997).

The clerk is directed to terminate all fictitious defendants as parties to this suit.

**ORDERED** on August 29, 2011.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**