IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SLEP-TONE ENTERTAINMENT CORP.,

    Plaintiff,

vs.                                     CASE NO. 5:11-cv-32/RS-CJK

FAYE JOHNSON, et al.,

    Defendants.

_____/

## ORDER

Defendant Marion Dube, Inc.'s Motion for Summary Judgment (Doc. 15, 3:11-cv-191) is **DENIED as moot**. Claims against Defendant Marion Dube, Inc. have been transferred to the Middle District of Florida. (*See* Doc. 37, 3:11-cv-191).

**ORDERED** on August 30, 2011.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**