IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**In Re SLEP-TONE ENTERTAINMENT CORP.
consolidated cases,**

                                               **CASE NO. 5:11-cv-32/RS-CJK**

_____/

## ORDER

Because all but one named defendant has been terminated from the lead case, and because the nature of these consolidated cases results in quick termination of defendants, the style of this lead case shall be as shown on this order.

**ORDERED** on September 20, 2011

                                                 /S/ Richard Smoak
                                                 **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**