IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**In Re SLEP-TONE ENTERTAINMENT CORP.**
**consolidated cases,**

                                              CASE NO. 5:11-cv-32/RS-CJK

_____/

## ORDER

Before me is Defendant Robert Paynter's Response to Plaintiff's Response in Opposition of Robert Paynter (Doc. 107).  Pro se litigants are granted more leeway with their pleadings.  *Dean v. Barber*, 951 F.2d 1210, 1213 (11th Cir. 1992).  In addition, there is a strong policy of determining cases on their merits, and courts view defaults with disfavor.  *United States v. Varmado*, 342 Fed. Appx. 437 (11th 2009) (unpublished).  As such, Plaintiff shall respond to Defendant's Response (Doc. 107) not later than January 9, 2012.

The default and default judgment against Robert L. Paynter, Sr. are **stayed** until a final determination is made with regard to Defendant's allegations of ineffective service.

**ORDERED** on December 21, 2011.

                                                  /S/ Richard Smoak
                                                  **RICHARD SMOAK**
                                                  **UNITED STATES DISTRICT JUDGE**