IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

| | |
|---|---|
| In re SLEP-TONE ENTERTAINMENT CORP., consolidated cases. | Civil Action No. 5:11-cv-00032-RS/CJK |

### PLAINTIFF'S MOTION TO CONTINUE TRIAL

The Plaintiff, Slep-Tone Entertainment Corporation, by its counsel, hereby moves to continue the trial of this matter from June 13, 2012, to a date at least one month later, subject to the Court's docket.

1.  Slep-Tone is in need of the additional time to prepare for trial because its efforts to complete discovery in a timely fashion have been delayed through no fault of Slep-Tone's. Slep-Tone has not yet been able to inspect certain items of critical importance to its case-in-chief that are in the possession of Donovan's Reef Lounge & Package Store, Inc. ("DR") and Green Glass Mall, Inc. ("GGM").

2.  Slep-Tone's original discovery request covering these items was made on December 2, 2011. Despite repeated requests and promises to respond, DR and GGM failed to respond to those discovery requests until shortly before the discovery deadline, March 26, 2012. On April 20, 2012, Slep-Tone timely filed a motion to compel responses, specifically to include access to inspect certain times. That motion was originally scheduled for hearing before Magistrate Judge Kahn on

1

May 2, 2012, immediately prior to a judicial settlement conference on that date. The conference was then postponed by approximately two weeks at the request of Defendant Kevin Shorette, but the motion was not then taken up. Instead, the motion was heard at the settlement conference on May 15, 2012. Judge Kahn indicated his inclination to grant the motion and requested that the parties submit an agreed upon order.

3. Because of health issues related to surgical complications, Slep-Tone's counsel was unable to submit a proposed order to counsel for DR and GGM until May 21, 2012. DR and GGM's counsel requested extensive revisions, and an agreement could not be reached until May 29, 2012, on the final language to the order, at which point the order was submitted to Judge Kahn.

4. The proposed order has not, at this writing, been entered. As such, the parties have been unable to schedule the inspection. It should be noted, also, that inasmuch as the inspection necessarily requires travel for multiple persons and the coordination of multiple schedules, it is difficult to schedule the inspection without significant notice.

5. At this late date, even if the order were entered today, it would be difficult for the Plaintiff and its counsel to (a) schedule the inspection, (b) deal with numerous pretrial matters, including coordinating the development of stipulations, (c) prepare its witnesses to give testimony, and (d) analyze the evidence inspected.

The Plaintiff needs approximately one month to complete its trial preparations and requests a continuance of that length.

6. The Plaintiff is mindful of the Court's desire to bring this case to a close. However, requiring the Plaintiff to go to trial on June 13, 2012, as is presently scheduled, will effectively reward DR and GGM for their delay and refusal to cooperate in discovery by undermining the Plaintiff's ability to present its case based upon evidence that should have been available to it much earlier.

7. Counsel for DR and GGM indicated that they do not oppose the proposed continuance. Counsel for the Plaintiff was unable to reach Defendants Paynter and Shorette or counsel for Tequila Mexico of Pensacola, Inc. by telephone to confer on the matter.

WHEREFORE, the Plaintiff respectfully requests that the trial of this matter be continued to a date that is at least one month later than currently scheduled, and that other pretrial dates be reset accordingly.

If the Court is disinclined to grant the motion, the Plaintiff respectfully requests that the final pretrial conference be continued to June 6, 2012. Counsel is set for a scheduling conference in *CAVS USA Inc. v. Slep-Tone Entertainment Corp.*, No. 2:11cv05574-DDP-JEM, on June 4, 2012, at 3:30 p.m. in Los Angeles, California, at which his attendance has been specifically ordered and which has already been continued once. The only flight schedule that would allow

participation at both the scheduling conference in Los Angeles and the presently scheduled pretrial conference in Panama City is an overnight flight, and in counsel's experience, it would be difficult for him to participate effectively in a final pretrial conference on such little rest.

Respectfully submitted this the 30th day of May, 2012.

**HARRINGTON LAW, P.C.**

By: s/James M. Harrington
James M. Harrington
N.C. State Bar No. 30005
jharrington@harringtonlawpc.com
Attorney for the Plaintiff

HARRINGTON LAW, P.C.
P.O. Box 403
Concord, NC 28026-0403
Tel: 704-315-5800
Fax: 704-625-9259

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing paper is being filed on the date indicated below using the Clerk's CM/ECF system, which will send a Notice of Electronic Filing to counsel of record as follows:

KARL JEFFREY REYNOLDS - kjreynolds924@earthlink.net

VINCENT BRIAN LYNCH - vlynch@floridalawyer.com

STEVEN MITCHELL DEVER mitchdever@comcast.net

Service on the following CM/ECF non-participants is being made on the same date by depositing a copy of same as First Class Mail, postage prepaid, in envelopes addressed to:

| | |
|---|---|
| ROBERT L. PAYNTER, SR.<br>9083 SEAFAIR LN<br>TALLAHASSEE FL 32317-8188 | KEVIN SHORETTE<br>14 NE 243RD AVE<br>CROSS CITY FL 32628 |

Date:  May 30, 2012              s/James M. Harrington