IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**In Re SLEP-TONE ENTERTAINMENT CORP.**
**consolidated cases,**

                         **CASE NO. 5:11-cv-32/RS-CJK**

_____/

## ORDER

The relief requested in Plaintiff's Motion to Continue Trial (Doc. 173) is

**GRANTED**.  The non-jury trial is rescheduled to July 2, 2012.  The pretrial conference is

rescheduled for June 28, 2012, at 3:00 p.m.

**ORDERED** on May 31, 2012.

                                     /S/ Richard Smoak
                                     **RICHARD SMOAK**
                                     **UNITED STATES DISTRICT JUDGE**