IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In Re SLEP-TONE ENTERTAINMENT CORP.
consolidated cases,

                                CASE NO. 5:11-cv-32/RS-CJK

_____/

## ORDER

Plaintiff shall move to default those parties which have failed to appear for trial not later than July 24, 2012.  At that time, all other parties which remain in this case shall be dismissed for failure to prosecute.  N.D. Fla. Loc. R. 41.1.

**ORDERED** on July 18, 2012.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDG**