**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**In re SLEP-TONE ENTERTAINMENT
CORP., consolidated cases.**                **Case No. 5:11-cv-32-RS-CJK**
_____/

## ORDER

Before me is Plaintiff's Notice of Voluntary Dismissal (Doc. 204).  Pursuant

to the Fed. R. Civ. P. 41(a)(1), the claims against Defendant Tequila Mexico of

Pensacola are **DISMISSED without prejudice**.


**ORDERED** on July 20, 2012.

                              /S/ Richard Smoak
                              **RICHARD SMOAK
                              UNITED STATES DISTRICT JUDGE**