IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**In re SLEP-TONE ENTERTAINMENT
CORP., consolidated cases.**               **Case No. 5:11-cv-32-RS-CJK**
_____/

## ORDER

All remaining Defendants, except for Kevin Shorette, are **DISMISSED** because of Plaintiff's failure to prosecute its claims against them.  See N.D. Fla. Loc. R. 41.1.

**ORDERED** on July 25, 2012.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**