# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

| | |
|---|---|
| In re SLEP-TONE ENTERTAINMENT CORP., consolidated cases. | Civil Action No. 5:11-cv-00032-RS/CJK |

## NOTICE OF APPEAL

The Plaintiff, Slep-Tone Entertainment Corporation ("Slep-Tone"), by its counsel, hereby gives notice of its appeal to the United States Court of Appeals for the Eleventh Circuit of the following judgments and orders:

- the Judgment (Doc. 201) dated July 17, 2012; and
- the Order (Doc. 180) dated June 18, 2012.

Respectfully submitted this the 15th day of August, 2012.

**HARRINGTON LAW, P.C.**

By: s/James M. Harrington
James M. Harrington, NCSB No. 30005
jharrington@harringtonlawpc.com
HARRINGTON LAW, P.C.
P.O. Box 403
Concord, NC 28026-0403
Tel: 704-315-5800
Fax: 704-625-9259
Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing paper is being filed on the date indicated below using the Clerk's CM/ECF system, which will send a Notice of Electronic Filing to counsel of record as follows:

STEVEN MITCHELL DEVER mitchdever@comcast.net

Service on the following CM/ECF non-participants is being made on the same date by depositing a copy of same as First Class Mail, postage prepaid, in envelopes addressed to:

```
ROBERT L. PAYNTER, SR.
9083 SEAFAIR LN
TALLAHASSEE FL 32317-8188
```

Date:  August 15, 2012           s/James M. Harrington