# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

June 12, 2013

For rules and forms visit
www.ca11.uscourts.gov

Jessica Lyublanovits
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301-7717

Appeal Number: 12-14304-EE
Case Style: Slep-Tone Entertainment Corpor v. Faye Johnson, et al
District Court Docket No: 5:11-cv-00032-RS-CJK

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being mailed to counsel and pro se parties. A copy of the court's decision was previously mailed to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall
Phone #: (404) 335-6224

Enclosure(s)

MDT-1 Letter Issuing Mandate

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 12-14304

_____

District Court Docket No.
5:11-cv-00032-RS-CJK

SLEP-TONE ENTERTAINMENT CORPORATION,

Plaintiff - Appellant,

versus

FAYE JOHNSON,
PARADISE MOON ENTERTAINMENT, INC.,
HI-NOTE ENTERTAINMENT, INC.,
CHARLES A. MCCONNIEL,
ROBERT GERHART, et al.,

Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: May 10, 2013
For the Court: John Ley, Clerk of Court
By: Jeff R. Patch

Mandate Issued:
June 12, 2013