IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

In re SLEP-TONE ENTERTAINMENT
CORP., consolidated cases.

CASE NO. 5:11-cv-32-RS-CJK

_____/

**ORDER**

Pursuant to the Opinion of the United States Court of Appeals for the Eleventh Circuit (Doc. 228), this action is referred back to the magistrate judge for a determination of Plaintiff's First Motion for Attorney Fees (Doc. 211) and Mitch Dever's Verified Petition for Attorney Fees (Doc. 196, granted by Doc. 212, vacated by Doc. 218).

**ORDERED** on July 24, 2013.

/s/ Richard Smoak
RICHARD SMOAK
UNITED STATES DISTRICT JUDGE